Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
1900 Camden Avenue, Suite 101
San Jose, California 95124
Telephone (408) 298-2000
Facsimile (408) 298-6046
Emails: tanya@moorelawfirm.com
        service@moorelawfirm.com

Attorney for Plaintiff,
Gerardo Hernandez

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

GERARDO HERNANDEZ,

          Plaintiff,

       vs.

ANDY'S BP, INC. dba GAS & SHOP, et al.,

          Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)

No. 3:24-cv-06430-AMO

**NOTICE OF SETTLEMENT OF ENTIRE ACTION**

    Plaintiff Gerardo Hernandez hereby reports that the parties in this action have reached a full and complete settlement of Plaintiff's claims. Plaintiff requests until February 19, 2025 to finalize settlement and file a request for dismissal of the action.

Dated: January 29, 2025

MOORE LAW FIRM, P.C.

/s/ Tanya E. Moore
Tanya E. Moore
Attorney for Plaintiff,
Gerardo Hernandez

NOTICE OF SETTLEMENT OF ENTIRE ACTION